COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 September 24, 2014
 No. 10-15-00244-CR
 EX PARTE AMBER HOPE HALFORD
 
 
 From the 87[th] District Court
 Freestone County, Texas
 Trial Court No. 15-065-CR
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record as relevant to the issues raised in this proceeding and finds that no reversible error is presented. Accordingly, the trial court's judgment signed on June 29, 2015 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk